1

2

3

4

5

6                                                              **JS-6**

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11   RAGE HARD CHOPPERS, INC.              Case No.  EDCV 13-00841 VAP (OPx)
     DBA BIG BEAR CHOPPERS, a
12   California corporation,               **[PROPOSED] ORDER GRANTING**
                                           **STIPULATION FOR DISMISSAL**
13             Plaintiff,
                                           **Hon. Virginia A. Phillips**
14        vs.

15   DAYTEC, a California business entity,
     form unknown, and PHILIP R. DAY,
16   an individual,

17             Defendant.

18

19

20        Pursuant to the Stipulation of the parties, and good cause appearing, IT IS

21   ORDERED that:

22        This action, including all claims asserted by any party, is dismissed with

23   prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure.  Each party

24   shall bear its own attorneys' fees and costs.

25

26   DATED:  March _20, 2014

27
                                           United States District Court Judge
28

-1-

CHRISTIE, PARKER & HALE, LLP